678

No. 1117. HARRINGTON *v.* MARTIN, WARDEN. May 4, 1942. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *James Harrington, pro se.*

No. 1129. WETZEL *v.* SCHAEFER, TRUSTEE. May 4, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Ed Wetzel, pro se.*

No. 1134. COPLEY *v.* INDUSTRIAL ACCIDENT COMMISSION ET AL. May 4, 1942. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Wallace Shepard* for petitioner. *Messrs. Everett A. Corten* and *Franke J. Creede* for respondents.

No. 1149. CONTARDI *v.* SMITH, WARDEN. May 4, 1942. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Frank Contardi, pro se.*

No. 1079. PERLSTEIN ET AL. *v.* UNITED STATES. May 4, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Paul M. Salsburg* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,*

and *Messrs. Sewall Key, Arnold Raum,* and *Ellis N. Slack* for the United States.

No. 1097. WALLER *v.* YOUELL, SUPERINTENDENT. May 4, 1942. The motion for leave to proceed on the typewritten record is granted. The petition for writ of certiorari to the Supreme Court of Appeals of Virginia is denied. *Messrs. John F. Finerty, Thomas H. Stone,* and *Morris Shapiro* for petitioner. *Mr. Abram P. Staples,* Attorney General of Virginia, for respondent. *Mr. Thurgood Marshall* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of petitioner.

No. 923. PHILLIPS PIPE LINE Co. *v.* UNITED STATES. May 4, 1942. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Howard C. Westwood, H. D. Emery, Rayburn L. Foster,* and *Dwight Taylor* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. Sewall Key* for the United States.

No. 1091. NATIONAL MANUFACTURE & STORES CORP. *v.* ALLEN, COLLECTOR OF INTERNAL REVENUE. May 4, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. M. E. Kilpatric* and *Welborn B. Cody* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arthur A. Armstrong* for respondent.

No. 1092. CITY OF OAKLAND *v.* UNITED STATES. May 4, 1942. Petition for writ of certiorari to the Circuit Court